1  BUCHALTER NEMER
   A Professional Corporation
2  MICHAEL L. MEEKS (SBN: 172000)
   LOUISE TRUONG (SBN: 293811)
3  18400 Von Karman Avenue, Suite 800
4  Irvine, CA 92612-0514
   Telephone: (949) 760-1121
5  Fax: (949) 720-0182
   Email: mmeeks@buchalter.com
6
7  Attorneys for Defendants Paralenz Inc., Paralenz APS, and MOEF A/S

8  MICHAEL J. SULLIVAN (SBN 264695)
   LAW OFFICE OF MICHAEL J. SULLIVAN
9  111 N. Market St., Suite 300
   San Jose, CA 95113
10 Telephone: (408) 628-8882
   Facsimile: (408) 625-1148
11 E-mail: msullivan@mikesullivanlaw.com
12
   Attorney for Plaintiff
13 FOUNTAIN INC.

14                    **UNITED STATES DISTRICT COURT**
15                    **NORTHERN DISTRICT OF CALIFORNIA**
16                         **SAN FRANCISCO DIVISION**

17
18 FOUNTAIN INC., a California corporation,  ) CASE NO. 3:16-CV-5831-CRB
                                              )
19                 Plaintiff,                 )
                                              ) **JOINT STIPULATION AND**
20         vs.                                ) **[PROPOSED] ORDER REGARDING**
                                              ) **DISMISSAL WITH PREJUDICE OF**
21 PARALENZ INC., a Delaware corporation;    ) **THE ENTIRE ACTION**
   PARALENZ APS, a Danish Anpartsselskab    )
22 doing business in the United States as     )
   PARALENZ INC.; and MOEF A/S, a            )
23 Danish Aktieselskab doing business in the  )
   United States as PARALENZ INC.,           )
24                                            )
                                              )
25                 Defendants.                )
                                              )
26
27
28
   JOINT STIPULATION AND [PROPOSED]     1        CASE NO. 3:16-CV-5831-CRB
   ORDER REGARDING DISMISSAL WITH
   PREJUDICE OF THE ENTIRE ACTION

1  The parties, by and through their respective counsel, hereby stipulate to the voluntary
2  dismissal with prejudice of the entire action. Each party shall bear its own attorneys' fees and
3  costs in both the present action and in the related previous action in this District between
4  Plaintiff Fountain Inc. and Defendant Paralenz ApS (then doing business as Octospot ApS) of
5  *Fountain Inc. vs. Octospot ApS*, Case No. 4:16-CV-04473-KAW.

8  DATED:  December 29, 2016        BUCHALTER NEMER
                                    A Professional Corporation

11                                  By:     /s/ Louise Truong
                                            MICHAEL L. MEEKS
                                            LOUISE TRUONG
                                    Attorneys for Defendants Paralenz Inc., Paralenz APS,
                                            and MOEF A/S

15  DATED:  December 29, 2016       LAW OFFICES OF MICHAEL J. SULLIVAN

18                                  By:     /s/ Michael J. Sullivan
                                            MICHAEL J. SULLIVAN
                                        Attorney for Plaintiff Fountain, Inc.

**[PROPOSED] ORDER**

Pursuant to the foregoing stipulation of dismissal, it is hereby ORDERED THAT:

1. The present action is dismissed with prejudice.

2. Each party shall bear its own attorneys' fees and costs in both the present action and in the related previous action in this District between Plaintiff Fountain Inc. and Defendant Paralenz ApS (then doing business as Octospot ApS) of *Fountain Inc. vs. Octospot ApS*, Case No. 4:16-CV-04473-KAW.

**IT IS SO ORDERED.**

DATED: January 4, 2017

THE HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE